# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER SPILMAN | Case #3:18-cv-00580-CBC |
| Plaintiff(s), | ORDER GRANTING **VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL** |
| vs. | |
| CAPITAL ONE BANK (USA), N.A. | |
| Defendant(s). | FILING FEE IS $250.00 |

_____James A. Sellers II_____, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

_____Law Offices of Jeffrey Lohman, P.C._____
(firm name)

with offices at _____4740 Green River Rd., Suite 310_____,
(street address)

_____Corona_____, _____California_____, _____92880_____,
(city) (state) (zip code)

_____(866) 329-9217_____, _____JamesS@jlohman.com_____.
(area code + telephone number) (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

_____Christopher Spilman_____ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since _____October 4, 2018_____, Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of _Oregon_▼
(state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Oregon | Nov. 28, 2018 | 184404 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

7. That Petitioner is a member of good standing in the following Bar Associations.

Oregon State Bar
American Bar Association

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| 1/16/2019 | 2:18-cv-02093 | US District Court Nevada | Granted |
| 2/15/2019 | 2:18-cv-02091 | US District Court Nevada | Granted |
| 2/25/2019 | 2:18-cv-02365 | US District Court Nevada | Granted |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF California )
 )
COUNTY OF Riverside )

_____James A. Sellers II_____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

_____ day of _____, _____.

_____see Attachment_____
Notary Public or Clerk of Court

### DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate _____Mathew Higbee_____,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

_____2445 Fire Mesa Street, Suite 150_____,
(street address)

_____Las Vegas_____, Nevada _____, _____89128_____,
(city)              (state)                (zip code)

_____(866) 534-7049_____, _____Mhigbee@higbeeassociates.com_____.
(area code + telephone number)    (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) _____Mathew Higbee_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

/s/ Christopher Spilman
(party's signature)

Christopher Spilman
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

/s/ Mathew Higbee
Designated Resident Nevada Counsel's signature

11158           Mhigbee@higbeeassociates.com
Bar number      Email address

APPROVED:

Dated: this __12th__ day of __March__, 20__19__.

_Howard D. McKibben_
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of _Riverside_

Subscribed and sworn to (or affirmed) before me on this _10th_ day of _January_, 20_19_, by _JAmes A. Sellers II_,

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

TERESA C. GUILLORY-WRIGHT
Notary Public - California
Riverside County
Commission # 2272534
My Comm. Expires Dec 22, 2022

(Seal)   Signature _Teresa C. Guillory-Wright_



# Certificate

State of Oregon )
) ss.
County of Washington )

I, Stacy R. Owen, do hereby certify that I am an Assistant Disciplinary Counsel of the Oregon State Bar, and have access to the official files and records of the Oregon State Bar.

The official files and records of the Oregon State Bar indicate:

### JAMES A. SELLERS II

was admitted to practice law in the State of Oregon by examination and became an active member of the Oregon State Bar on October 4, 2018.

There are no grievances or disciplinary proceedings presently pending against this member.

No disciplinary action has been taken against this member in the past by the Oregon Supreme Court or the Oregon Disciplinary Board.

Mr. Sellers is an active member of the Oregon State Bar in good standing, licensed and entitled to practice law in all the courts of the State of Oregon.

DATED this 17th day of December, 2018.

_____
Stacy R. Owen
Assistant Disciplinary Counsel
Oregon State Bar

16037 SW Upper Boones Ferry Road, PO Box 231935, Tigard, Oregon 97281-1935
(503) 620-0222 or (800) 452-8260 fax (503) 684-1366
www.osbar.org