James Sellers
Oregon State Bar # 184404
Admitted *Pro Hac Vice*
The Law Offices of Jeffrey Lohman, P.C.
4740 Green River Rd., Suite 310
Corona, CA 92880
Tel. (657) 363-4699
Fax (657) 272-8944
jamess@jlohman.com

*Attorney for Plaintiff Christopher Spilman*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER SPILMAN,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>CAPITAL ONE BANK (USA), N.A.,<br><br>　　　　　　　Defendant. | CASE NO. 3:18-CV-00580-HDM-CBC<br><br>**NOTICE OF SETTLEMENT** |

**NOTICE IS HEREBY GIVEN** that Plaintiff Christopher Spilman ("Plaintiff") and Defendant Capital One Bank (USA), N.A. ("Defendant") have reached a settlement in the above-captioned matter. Counsel for the parties are in the process of preparing and finalizing the Settlement Agreement and expect to file a Joint Stipulation of dismissal within forty-five (45) days. Accordingly, Plaintiff respectfully requests that the Court vacate all deadlines.

DATED: August 6, 2019

　　　　　　　　　　　　　　　　　　　　By: **/s/ *James Sellers***
　　　　　　　　　　　　　　　　　　　　James Sellers
　　　　　　　　　　　　　　　　　　　　Admitted *Pro Hac Vice*
　　　　　　　　　　　　　　　　　　　　**THE LAW OFFICES OF JEFFREY LOHMAN, P.C.**
　　　　　　　　　　　　　　　　　　　　4740 Green River Rd., Suite 310
　　　　　　　　　　　　　　　　　　　　Corona, CA 92880
　　　　　　　　　　　　　　　　　　　　Tel. (657) 363-4699
　　　　　　　　　　　　　　　　　　　　Fax (657) 272-8944
　　　　　　　　　　　　　　　　　　　　jamess@jlohman.com
　　　　　　　　　　　　　　　　　　　　*Attorney for Plaintiff Christopher Spilman*

## CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2019, a true and correct copy of the foregoing NOTICE OF SETTLEMENT was filed using the Court's CM/ECF system, which will notify all attorneys of record, including:

Lindsay C Demaree
Ballard Spahr LLP
1980 Festival Plaza Drive
Suite 900
Las Vegas, NV 89135
702-471-7000
Fax: 702-471-7070
Email: demareel@ballardspahr.com

By: /s/ *James Sellers*
James Sellers
Admitted *Pro Hac Vice*
**THE LAW OFFICES OF JEFFREY LOHMAN, P.C.**
4740 Green River Rd., Suite 310
Corona, CA 92880
Tel. (657) 363-4699
Fax  (657) 272-8944
jamess@jlohman.com
*Attorney for Plaintiff Christopher Spilman*