James A. Sellers, II
Oregon State Bar No. 184404
Admitted *Pro Hac Vice*
LAW OFFICES OF JEFFREY LOHMAN, P.C.
4740 Green River Rd., Suite 310
Corona, CA 92880
Tel: (657) 363-4699
Fax: (657) 272-8944
Email: jamess@jlohman.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER SPILMAN, <br><br> Plaintiffs, <br><br> v. <br><br> CAPITAL ONE BANK (USA) N.A., <br><br> Defendant. | Case No.: 3:18-cv-00580-HDM-CBC <br><br> **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

Plaintiff CHRISTOPHER SPILMAN ("Plaintiff") and Defendant CAPITAL ONE BANK (USA), N.A. ("Defendant"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of all of Plaintiff's claims in this action against Defendant WITH PREJUDICE, with each party to bear its own costs and fees.

*[continued on following page]*

Respectfully submitted the 18th day of September 2019.

By: */s/ James A. Sellers, II*
James A. Sellers II, Oregon Bar No. 184404
Admitted *Pro Hac Vice*
LAW OFFICES OF JEFFREY LOHMAN, P.C.
4740 Green River Rd., Suite 310
Corona, CA 92880
*Attorney for Plaintiff*

By: */s/ Lindsay Demaree*
Lindsay Demaree, Nevada Bar No. 11949
Ballard Spahr LLP
1980 Festival Plaza Drive
Suite 900
Las Vegas, NV 89135
*Attorney for Defendant*

**IT IS SO ORDERED.**

_____
**UNITED STATES DISTRICT JUDGE**
**DATED:_____**

## CERTIFICATE OF SERVICE

I certify that on September 18, 2019 a true and correct copy of the foregoing JOINT STIPULATION OF DISMISSAL was filed using the CM/ECF system, which will provide notice to the following:

Lindsay Demaree
Ballard Spahr LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, NV 89135

By: */s/ James A. Sellers, II*
James Sellers, Bar No. 184404
Admitted *Pro Hac Vice*
The Law Offices of Jeffrey Lohman, P.C.
4740 Green River Road, Suite 310
Corona, CA  92880
Tel. (657) 363-4699
Fax.  (657) 272-8944
E: jamess@jlohman.com
Attorney for Plaintiff, CHRISTOPHER SPILMAN

JOINT STIPULATION OF DISMISSAL