# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER SPILMAN, | ) Case No.: 3:18-cv-00580-HDM-CBC |
| Plaintiffs, | ) |
| | ) |
| v. | ) ORDER GRANTING |
| | ) **JOINT STIPULATION OF DISMISSAL** |
| | ) **WITH PREJUDICE** |
| CAPITAL ONE BANK (USA) N.A., | ) |
| | ) |
| Defendant. | ) |

Plaintiff CHRISTOPHER SPILMAN ("Plaintiff") and Defendant CAPITAL ONE BANK (USA), N.A. ("Defendant"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of all of Plaintiff's claims in this action against Defendant WITH PREJUDICE, with each party to bear its own costs and fees.

*[continued on following page]*

Respectfully submitted the 18th day of September 2019.

By: /s/ James A. Sellers, II
James A. Sellers II, Oregon Bar No. 184404
Admitted *Pro Hac Vice*
LAW OFFICES OF JEFFREY LOHMAN, P.C.
4740 Green River Rd., Suite 310
Corona, CA 92880
*Attorney for Plaintiff*


By: /s/ Lindsay Demaree
Lindsay Demaree, Nevada Bar No. 11949
Ballard Spahr LLP
1980 Festival Plaza Drive
Suite 900
Las Vegas, NV 89135
*Attorney for Defendant*

The stipulation of the parties (ECF No. 25) is GRANTED. All claims in this action are therefore DISMISSED WITH PREJUDICE, with each party to bear its own costs and fees.

**IT IS SO ORDERED.**

*Howard D McKibben*

**UNITED STATES DISTRICT JUDGE**

**DATED:** September 18, 2019

JOINT STIPULATION OF DISMISSAL